UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JOSHUA B., on behalf of Travis D.B., ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | 2:19-cv-00436-LEW |
| ) | |
| ANDREW M. SAUL, Commissioner ) | |
| Of Social Security, ) | |
| ) | |
| Defendant ) | |

## **ORDER ACCEPTING RECOMMENDED DECISION**

On October 30, 2020, the United States Magistrate Judge filed with the court, with copies to counsel, his Report and Recommended Decision.  The time within which to file objections expired on November 13, 2020, and no objection has been filed. The Magistrate Judge notified the parties that failure to object would waive the right to *de novo* review and appeal. Having reviewed and considered the Magistrate Judge's Recommended Decision, I concur with the Magistrate Judge's conclusions as set forth in his Recommended Decision.

It is therefore ORDERED that the Recommended Decision (ECF No. 17) of the Magistrate Judge is hereby AFFIRMED and ADOPTED.  The Commissioner's decision is vacated and this matter is remanded for further proceedings.

**SO ORDERED.**

Dated this 16th day of December, 2020.

    /s/ Lance E. Walker
UNITED STATES DISTRICT JUDGE