UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JOSHUA B. o/b/o TRAVIS D.B., ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | 2:19-cv-00436-LEW |
| ) | |
| SOCIAL SECURITY ADMINISTRATION ) | |
| COMMISSIONER, ) | |
| ) | |
| Defendant ) | |

### MEMORANDUM OF DECISION AND ORDER

WHEREAS the parties desire to resolve the matter of entitlement to supplemental attorney's fees, expenses, and costs without further time and expense; and

WHEREAS the parties have executed a Settlement Agreement in which they stipulate and agree to the payment of one thousand, two hundred dollars and zero cents ($1,200.00) by the United States Social Security Administration to Plaintiff, in satisfaction of any and all claims for supplemental attorney's fees and expenses under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d);

NOW THEREFORE, prevailing party fees and expenses are hereby awarded to Plaintiff, subject to offset through the Treasury Department's Offset Program to satisfy any pre-existing debt Plaintiff may owe to the government.

If, subsequent to the entry of this Order, the Commissioner determines that Plaintiff owes no debt to the government that would subject this award of attorney's fees and expenses to offset, the Commissioner may honor Plaintiff's signed assignment of the EAJA award to counsel.

**SO ORDERED.**

Dated this 7th day of June, 2021.

/s/ Lance E. Walker
UNITED STATES DISTRICT JUDGE